IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 24-CR-00284-SEH |
| STEVE EARL PERRY, JR., | |
| Defendant. | |

## OPINION AND ORDER

Before the Court is Defendant Steve Perry Jr.'s objection [ECF No. 25] to the government's notice [ECF No. 23] and corrected notice [ECF No. 24] of its intent to offer evidence of his arrest and conviction in *United States v. Perry*, No. 16-cr-00095-RAW, United States District Court for the Eastern District of Oklahoma, under Federal Rule of Evidence 404(b). Perry argues that the evidence is unfairly prejudicial because he intends to stipulate to certain elements of the charged offense. [ECF No. 25]. In response, the government requests that the Court delay ruling on Perry's objection until a stipulation has been entered into the record, "to ensure that the stipulation satisfies the elements in question." [ECF No. 30]. The Court finds that it cannot sustain Perry's objection before a stipulation like the one he references in his objection is entered into between the parties and filed of record.

IT IS THEREFORE ORDERED that the defendant's Objection to the government's Notice of Intent Pursuant to Rule 404(b) [ECF No. 25] is OVERRULED without prejudice. If necessary, Perry may reassert his objection at trial.

DATED this 5th day of November, 2024.

*Sara Hill*
Sara E. Hill
UNITED STATES DISTRICT JUDGE